IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURA JONES,

        Plaintiff,

v.                                                                              Case No. 14-cv-714

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

ORDER GRANTING
DEFENDANT'S MOTION TO REMAND UNDER SENTENCE FOUR

The parties' joint motion for an order remanding of this case for further proceedings under sentence four of 42 U.S.C. § 405(g) is GRANTED.

On remand, an Administrative Law Judge will further evaluate and weigh the opinion evidence of record, including the opinion evidence relating to Jones' social functioning and limitations. The ALJ will further assess Jones' maximum residual functional capacity (and specifically all mental limitations); further evaluate her ability to perform past relevant work; and, if warranted, obtain supplemental vocational expert evidence and consider that evidence consistent with Social Security Ruling 00-4p.

Dated: June 15, 2015

                                              HON. BARBARA B. CRABB
                                              United States District Judge